**Peter M. ("Mac") Lacy** (OSB # 01322)
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**David H. Becker** (OSB # 081507)
Law Office of David H. Becker, LLC
833 SE Main Street #302
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

**Laurence ("Laird") J. Lucas**, *pro hac vice*
P.O. Box 1342
Boise ID 83701
(208) 424-1466 (phone and fax)
llucas@lairdlucas.org

Attorneys for Plaintiffs

**JEFFREY H. WOOD**
Acting Assistant Attorney General

**DEDRA S. CURTEMAN**
(Illinois # 6279766)
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0446 / Fax: (202) 305-0506
dedra.curteman@usdoj.gov

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**OREGON NATURAL DESERT ASS'N** and **AUDUBON SOCIETY OF PORTLAND**,

Plaintiffs,

v.

**RYAN ZINKE, Secretary of the Interior** and **BUREAU OF LAND MANAGEMENT**,

Defendants,

and

No. 3:12-cv-596-MO

**JOINT STATUS REPORT**

**COLUMBIA ENERGY PARTNERS, LLC**,

Intervenor-Defendant,

and

**HARNEY COUNTY**,

Intervenor-Defendant.

---

Pursuant to the Court's November 30, 2017 Order [119], Plaintiffs and Federal Defendants ("the Parties") hereby submit their status report outlining the progress made toward the potential settlement of Plaintiffs' claim for fees and respectfully requesting a further stay through February 23, 2018, while the Parties continue to explore whether they can resolve the claims without further litigation.

Since the last joint status report, the Parties have reviewed and exchanged further written proposals. On January 26, 2018, undersigned counsel for Plaintiffs communicated a proposal for settlement with Federal Defendants' counsel. Federal Defendants will need additional time to evaluate the proposal. As such, the Parties respectfully request that this Court grant an additional stay of proceedings, through February 23, 2018, while they continue to explore whether they can resolve this case without further litigation.

Plaintiffs also state that if it appears the government will shut down on February 8, 2018, counsel for the Plaintiffs will seek to work with counsel for Federal Defendants to file a joint status report prior to any shutdown.

DATED this 29th day of January, 2018.

Respectfully submitted,

s/ Peter M. Lacy

Peter M. Lacy
Oregon Natural Desert Association

Of Attorneys for Plaintiffs

s/ Dedra S. Curteman

_______________________________

Dedra S. Curteman
U.S. Department of Justice

Of Attorneys for Federal Defendants